# FINANCIAL AFFIDAVIT

|  |  |
|---|---|
| IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF US v.s. Rodrigues FOR AT | |

PERSON REPRESENTED (Show your full name): **Gilson Rodrigues**

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: **04-59**
District Court:
Court of Appeals:

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes   ☐ No   ☐ Am Self-Employed
- Name and address of employer: **CINEMA PUB**
- IF YES, how much do you earn per month? $ **400.00**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE $ **2000** — DESCRIPTION: **Car**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **0**
- List persons you actually support and your relationship to them: _____

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| APARTMENT OR HOME: APARTAMENT | | $500 |
| TELEPHONE | | $20 |
| FOOD, CLOTHING | | $250 |
| CAR | $3500 | $200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **08-31-04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Gilson Rodrigues*