Filed
9-7-04
dh

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 04- 40022- CBS |
| ) | Violation: |
| GILSON RODRIGUES, ) | 18 U.S.C. §1028(a)(6) |
| ) | (Knowing possession of |
| Defendant ) | identification document |
| ) | produced without lawful |
| ) | authority) |

**INFORMATION**

**COUNT ONE**: 18 U.S.C. §1028(a)(6)(knowing possession of identification document produced without lawful authority)

The United States Attorney charges that:

On or about October 17, 2001, at Worcester, Massachusetts, and elsewhere, the defendant

**GILSON RODRIGUES,**

did knowingly possess an identification document that is an identification document, to wit: a driver's license issued by the Commonwealth of Massachusetts, Registry of Motor Vehicles in the name of Gilson Rodrigues, which was produced without lawful authority, knowing that such identification document was produced without lawful authority.

(All in violation of Title 18, United States Code, Section 1028(a)(6).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID HENNESSY
Assistant U.S. Attorney

Date: Sept 7, 2004

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __Southbridge__   Category No. __II__   Investigating Agency __ICE__

City __Southbridge__   Related Case Information:

County __Worcester__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New _____
Magistrate Judge Case Number __04-MJ-01823-CBS__
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant   __GILSON RODRIGUES__   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   __65 E. Main Street, #2, Milford, MA__

Birth date (Year only): __1973__   SSN (last 4 #): __8675__   Sex __M__   Race: _____   Nationality __Brazil__

Defense Counsel if known:   __Leslie Rumpler Feldman__   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   __David Hennessy__   Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   __Brazilian__

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:   __8/31/04__

☐ Already in Federal Custody as _____ in __Wyatt Detention Center__.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☒ Misdemeanor __1__   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __Sept 8, 2004__   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GILSON RODRIGUES

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §1028 (a)(6) | knowing possession of i.d. w/out lawful | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**